UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re:                                                          Chapter 13
LORETA L MALONE

Debtor(s)                                                  Case No.  09-28515-K
SSN XXX-XX-8892

---

NOTICE OF FINAL CURE PAYMENT AND
COMPLETION OF PLAN PAYMENTS

---

Pursuant to Fed. Bankr. Rule 3002.1(d), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full:

NAME OF CREDITOR:                    CARRINGTON MORTGAGE SERVICES LLC
COURT CLAIM NUMBER:                  4
LAST FOUR DIGITSOF ACCT NUMBER:      0828

The debtor(s) monthly ongoing mortgage payment is paid by the chapter 13 Plan and is currently due for 09/01/2014.

Within 21 days of the service of the Notice, the creditor must file and serve same on the debtor, debtor's counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(e), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with  1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the Court including possible sanctions.

/s/ George W. Stevenson
George W. Stevenson
5350 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119

cc: CARRINGTON MORTGAGE SERVICES LLC
    LORETA L MALONE
    LINDA K GARNER ATTY
    CHAPTER 13 TRUSTEE

notice  FinalCurePayment.rpt