UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re:  Chapter 13
LORETA L MALONE

Debtor(s)  Case No.  09-28515-K
SSN XXX-XX-8892

---

NOTICE OF FINAL CURE PAYMENT AND
COMPLETION OF PLAN PAYMENTS

---

Pursuant to Fed. Bankr. Rule 3002.1(d), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full:

NAME OF CREDITOR:                CARRINGTON MORTGAGE SERVICES LLC
COURT CLAIM NUMBER:              4
LAST FOUR DIGITSOF ACCT NUMBER:  0828

The debtor(s) monthly ongoing mortgage payment is paid by the chapter 13 Plan and is currently due for 09/01/2014.

Within 21 days of the service of the Notice, the creditor must file and serve same on the debtor, debtor's counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(e), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with  1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the Court including possible sanctions.

/s/ George W. Stevenson
George W. Stevenson
5350 POPLAR AVENUE
SUITE 500
MEMPHIS, TN 38119

cc: CARRINGTON MORTGAGE SERVICES LLC
    LORETA L MALONE
    LINDA K GARNER ATTY
    CHAPTER 13 TRUSTEE

notice  FinalCurePayment.rpt

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                    Case No. 09-28515-dsk
Loreta L. Malone                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0651-2          User: admin              Page 1 of 1              Date Rcvd: Apr 06, 2015
                              Form ID: pdfadi01        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2015.
db         +Loreta L. Malone,   6858 Birch Run Ln.,   Memphis, TN 38115-5337
           +CARRINGTON MORTGAGE SERVICES LLC,   1610 EAST SAINT ANDREWS PLACE SUITE B150,
             SANTA ANA, CA 92705-4931
          ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
            (address filed with court:   WACHOVIA MORTGAGE CORPORATION,   PO BOX 900001,
              PAYMENT PROCESSING NC4717,   RALEIGH, NC,   27675-9000)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2015 at the address(es) listed below:
              George W. Stevenson   Chapter 13    ch13gws@gmail.com
              Jeremiah McGuire    on behalf of Creditor    Christiana Trust jeremiah.mcguire@brockandscott.com,
               bankruptcy@brockandscott.com,wbecf@brockandscott.com
              John W. Duck    on behalf of Creditor    Tower Loan of Olive Branch jduckecf@cuadw.com
              Laura A. Grifka    on behalf of Creditor    US Bank NA as Legal Title Trustee for Truman 2012 SC2
               Title Trust, by and through its servicer, Rushmore Loan Management Services, LLC
               lgrifka@rcolegal.com,   ECF_TN@rcolegal.com
              Linda K. Garner    on behalf of Debtor Loreta L. Malone lgarner4@comcast.net
              Recovery Management Systems Corporation    claims@recoverycorp.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                             TOTAL: 7